AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| THE CITY OF BUFFALO | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-00066-LJV |
| SMITH & WESSON BRANDS, INC.; et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See attached list.

Date:    01/27/2023

/s/ Scott C. Allan
*Attorney's signature*

Scott C. Allan
*Printed name and bar number*

Renzulli Law Firm, LLP
One North Broadway, Suite 1005
White Plains, NY 10601

*Address*

sallan@renzullilaw.com
*E-mail address*

(914) 285-0700
*Telephone number*

(914) 285-1213
*FAX number*

Scott C. Allan appearing on behalf of defendants:

Glock, Inc;

Hi-Point Firearms a/k/a Strassel's Machine, Inc.;

Kel-Tec CNC Industries, Inc.;

O.F. Mossberg & Sons, Incorporated;

Springfield Armory, Inc.;

SCCY Industries, LLC; and

RSR Group, Inc