## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE CITY OF BUFFALO, | Case No. 1:23-cv-00066-LJV |
| Plaintiff, | Honorable Lawrence J. Vilardo |
| -against- | |
| SMITH & WESSON BRANDS, INC.; et al. | |
| Defendants. | |

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties hereto that Defendants BERETTA U.S.A. CORP.; BUSHMASTER FIREARMS INDUSTRIES, INC.; GLOCK, INC.; HI-POINT FIREARMS, A/K/A STRASSEL'S MACHINE, INC.; JSD SUPPLY; O.F. MOSSBERG & SONS, INCORPORATED; POLYMER80, INC.; PRIMARY ARMS, LLC; RANIER ARMS, LLC; SAVAGE ARMS, INC.; SMITH & WESSON BRANDS, INC.; SPRINGFIELD ARMORY, INC.; TAURUS HOLDINGS, INC.; REMARMS, LLC A/K/A REMINGTON FIREARMS; STURM, RUGER & CO., INC.; COLT'S MANUFACTURING COMPANY, LLC; SIG SAUER, INC.; GS PERFORMANCE, LLC A/K/A GLOCKSTORE A/K/A GSPC A/K/A DOUBLE DIAMOND; VINTAGE FIREARMS, LLC; AND WOLCOTT GUNS INC. (collectively, "Defendants") time to answer, move, or otherwise respond to the complaint be extended until thirty (30) days after this Court decides the forthcoming motion to remand.

**IT IS FURTHER STIPULATED AND AGREED** that within seven (7) days of Plaintiff filing its motion to remand, the Defendants will notify the Plaintiff of any objections to whether the service of the complaint was improper or waive any such objection, notify Plaintiff's Counsel

of any errors or corrections to the legal name of the entity in Plaintiff's caption, and advise Plaintiff of any objections to personal jurisdiction and the basis of such thereof.

Dated: February 1, 2023

                                   Respectfully submitted,

By:    *Scott C. Allan*
        Christopher Renzulli
        Scott C. Allan
        **RENZULLI LAW FIRM, LLP**
        One North Broadway, Suite 1005
        White Plains, New York 10601
        Telephone: (914) 285-0700
        Email: crenzulli@renzullilaw.com
                sallan@renzullilaw.com

*Attorneys for Defendants Glock, Inc; Hi-Point Firearms a/k/a Strassel's Machine, Inc.; Kel-Tec CNC Industries, Inc.; O.F. Mossberg & Sons, Incorporated; Springfield Armory, Inc.; SCCY Industries, LLC; and RSR Group, Inc. and, for purposes of this motion, as liaison counsel for all Defendants*

By:    *Salvatore C. Badala*
        Salvatore C. Badala
        Shayna E. Sacks
        **NAPOLI SHKOLNIK**
        400 Broadhollow Road, Suite 305
        Melville, New York 11747
        SBadala@Napolilaw.com
        SSacks@Napolilaw.com

By:    *Paul J. Napoli*
        Paul J. Napoli
        Hunter J. Shkolnik
        **NAPOLI SHKOLNIK**
        1302 Avenida Ponce de León
        Santurce, Puerto Rico 00907
        Phone: (347) 379-1688
        pnapoli@napolilaw.com
        hunter@NSPRlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 1, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record. I further certify that I caused a true and correct copy of the foregoing document to be served by electronic mail on the following counsel of record:

Salvatore C. Badala
Shayna E. Sacks
**NAPOLI SHKOLNIK**
400 Broadhollow Road, Suite 305
Melville, New York 11747
SBadala@Napolilaw.com
SSacks@Napolilaw.com

Paul J. Napoli
Hunter J. Shkolnik
**NAPOLI SHKOLNIK**
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
Phone: (347) 379-1688
pnapoli@napolilaw.com
hunter@NSPRlaw.com

*Attorneys for Plaintiff*

            */s/ Scott C. Allan*
            Scott C. Allan, Esq.
            **RENZULLI LAW FIRM, LLP**