IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF BUFFALO, | Case No. 1:23-cv-00066-LJV |
| Plaintiff, | Honorable Lawrence J. Vilardo |
| -against- | |
| SMITH & WESSON BRANDS, INC.; et al. | |
| Defendants. | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT SMITH & WESSON BRANDS, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Smith & Wesson Brands, Inc. ("SWBI"), hereby certifies that SWBI does not have a parent corporation and no other publicly held corporation currently owns more than 10% of SWBI's stock.

The following are wholly-owned subsidiaries of SWBI:

(a)  Smith & Wesson Inc.

(b)  Smith & Wesson Sales Company

Dated: February 3, 2023

                                              Respectfully submitted,

                                              */s/ Alexander J. Douglas*
                                              Thomas E. Liptak
                                              Alexander J. Douglas
                                              KENNEY SHELTON LIPTAK NOWAK LLP
                                              The Calumet Building
                                              233 Franklin Street
                                              Buffalo, NY 14202
                                              Phone: (716) 853-3801

Andrew E. Lelling*
100 High Street
JONES DAY
Boston, MA  02110
Phone: (617) 449-6856

Noel J. Francisco*
Anthony J. Dick*
Harry Graver*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939

*Attorneys for Smith & Wesson Brands, Inc.*

* Application for leave to appear
*pro hac vice forthcoming*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on February 3, 2023, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

                              */s/ Alexander J. Douglas*
                              Alexander J. Douglas

                              *Attorney for Smith & Wesson Brands, Inc.*