**UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF BUFFALO, | Case No. 1:23-CV-00066-LJV |
| Plaintiff, | **DEFENDANT SPRINGFIELD, INC.'S** |
| -against- | **CORPORATE DISCLOSURE** |
| SMITH & WESSON BRANDS, INC., et al., | **STATEMENT** |
| Defendants. | |

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, defendant Springfield, Inc. d/b/a Springfield Armory, s/h/a Springfield Armory, Inc., states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock. No additional disclosures are required pursuant to Local Civil Rule 7.1.

Dated: February 3, 2023

By: */s/ Scott C. Allan*
Scott C. Allan
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Email: sallan@renzullilaw.com

Attorneys for defendant Springfield, Inc. d/b/a Springfield Armory