# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF BUFFALO, | Case No. 1:23-CV-00066-LJV |
| Plaintiff, | **DEFENDANT STRASSELL'S MACHINE, INC. D/B/A HI-POINT FIREARMS' CORPORATE DISCLOSURE STATEMENT** |
| -against- | |
| SMITH & WESSON BRANDS, INC., et al., | |
| Defendants. | |

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, defendant Strassell's Machine, Inc. d/b/a Hi-Point Firearms, s/h/a Hi-Point Firearms a/k/a Strassel's Machine, Inc., states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock. No additional disclosures are required pursuant to Local Civil Rule 7.1.

Dated: February 3, 2023

                                                By: */s/ Scott C. Allan*
                                                           Scott C. Allan
                                                           **RENZULLI LAW FIRM, LLP**
                                                           One North Broadway, Suite 1005
                                                           White Plains, NY 10601
                                                           Telephone: (914) 285-0700
                                                           Email: sallan@renzullilaw.com

                                                           Attorneys for defendant Strassell's Machine, Inc. d/b/a Hi-Point Firearms