IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF BUFFALO,      ) | |
| ) | Case No. 1:23-cv-00066-LJV |
| Plaintiff,      ) | |
| -against-      ) | Honorable Lawrence J. Vilardo |
| ) | |
| SMITH & WESSON BRANDS, INC.; et al.      ) | |
| ) | |
| Defendants.      ) | |
| ) | |
| ) | |

**PLEASE TAKE NOTICE** that ANTHONY M. PISCIOTTI, of the law firm of PISCIOTTI LALLIS ERDREICH enters an appearance as counsel of record for SAVAGE ARMS, INC., GS PERFORMANCE, LLC. and BUSHMASTER FIREARMS INDUSTRIES, INC. in the above-captioned action.

Dated:  February 3, 2023

                              Respectfully submitted,

                              **PISCIOTTI LALLIS ERDREICH**

By:  */s/ Anthony M. Pisciotti*
      Anthony M. Pisciotti
      Ryan L. Erdreich
      30 Columbia Turnpike, Suite 205
      Florham Park, New Jersey 07932
      Telephone:  (973) 245-8100
      Facsimile:   (973) 245-8101
      apisciotti@pisciotti.com
      rerdreich@pisciotti.com

*Counsel for Defendants*
*Savage Arms, Inc., G.S. Performance, LLC., and Bushmaster Firearms Industries, Inc.*