IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| THE CITY OF BUFFALO, | ) | |
|---|---|---|
| | ) | Case No. 1:23-cv-00066-LJV |
| Plaintiff, | ) | |
| -against- | ) | Honorable Lawrence J. Vilardo |
| | ) | |
| SMITH & WESSON BRANDS, INC.; et al. | ) | |
| Defendants. | ) | |

**DEFENDANT SAVAGE ARMS INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Savage Arms, Inc. states as follows:

1. Savage Arms, Inc. is a private corporation organized under the laws of the State of Delaware with a principal place of business in the State of Massachusetts, and the following corporate parents and/or publicly held corporations own 10% or more of Savage:

a. None.

Dated: February 3, 2023

                                      Respectfully submitted,

                                      **PISCIOTTI LALLIS ERDREICH**

               By:   */s/ Anthony M. Pisciotti*
                         Anthony M. Pisciotti
                         Ryan L. Erdreich
                         30 Columbia Turnpike, Suite 205
                         Florham Park, New Jersey 07932
                         Telephone: (973) 245-8100
                         Facsimile: (973) 245-8101
                         apisciotti@pisciotti.com
                         rerdreich@pisciotti.com

*Counsel for Defendants
Savage Arms, Inc.*