**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE CITY OF BUFFALO | : | |
| Plaintiff | : | Case No. 1:23-cv-00066-LJV |
| -against- | : | Honorable Lawrence J. Vilardo |
| SMITH & WESSON BRANDS, INC., et al., | : | |
| Defendants, | : | |

PLEASE TAKE NOTICE that ROBERT L. JOYCE, of the law firm of LITTLETON PARK JOYCE UGHETTA & KELLY, LLP enters an appearance as counsel of record for SIG SAUER, INC. in the above-captioned action.

Dated: February 6, 2023

                        Respectfully submitted,

                        */s/ Robert L. Joyce*
                        Robert L. Joyce
                        **LITTLETON PARK JOYCE UGHETTA & KELLY, LLP**
                        4 Manhattanville Road, Suite 202
                        Purchase, NY 10577
                        Tel: (914) 417-3400
                        Fax: (914) 417-3401
                        robert.joyce@littletonpark.com

                        *Counsel for Defendant Sig Sauer, Inc.*