AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| THE CITY OF BUFFALO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-00066-FPG |
| SMITH & WESSON BRANDS, INC., et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT, SMITH & WESSON BRANDS, INC.   .

Date:   02/22/2023

/s/Barry Nelson Covert, Esq.
*Attorney's signature*

BARRY NELSON COVERT, ESQ. / 271118
*Printed name and bar number*
LIPSITZ GREEN SCIME CAMBRIA LLP
42 DELAWARE AVENUE, SUITE 120
BUFFALO, NEW YORK 14202

*Address*

bcovert@lglaw.com
*E-mail address*

(716) 570-7500
*Telephone number*

(716) 855-1580
*FAX number*